USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIANA ROSARIO, as Administratrix for the Estate of Josefina Benitez, ZION BRERETON, ALICIA LEARMONT, JAMES CHOI, and ANDREYA CRAWFORD, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

VALENTINO U.S.A., INC.,,

                Defendant.

1:19-cv-11463-MKV

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_x_ Specific Non-Dispositive Motion/Dispute:
ECF No. 87 (*i.e.* the dispute concerning certain documents over which Defendant asserts privilege)_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

All such motions: ____

**SO ORDERED:**

**DATED: December 15, 2021**
      **New York, New York**

*Mary Kay Vyskocil*
**Mary Kay Vyskocil**
**United States District Judge**