```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAMIANA ROSARIO, as Administratrix for the
Estate of Josefina Benitez, ZION BRERETON,
ALICIA LEARMONT, JAMES CHOI, and
ANDREYA CRAWFORD, individually
and on behalf of all others similarly situated

                                  Plaintiffs,

          - against -

VALENTINO U.S.A, INC,

                                Defendant.
-------------------------------------------------------------X

19-CV-11463 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the discovery conference held on January 4, 2022, the Court finds a limited at-issue waiver by Defendant with respect to the disputed materials solely with respect to the individually named Plaintiffs asserting misclassification claims. Defendants shall produce materials consistent with this Order by **January 25, 2022.** Plaintiffs shall return or destroy any copies of Exhibit 1 submitted with its December 21, 2021 letter.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: January 4, 2022
         New York, New York

Copies transmitted this date to all counsel of record.

1