```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIANA ROSARIO, as Administratrix of the Estate of Josefina Benitez, ZION BRERETON, ALICIA LEARMONT, JAMES CHOI and ANDREYA CRAWFORD, *on behalf of themselves and all others similarly situated*,

      Plaintiffs,

   -against-

VALENTINO U.S.A., INC.,

      Defendant.

1:19-cv-11463 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiffs have filed an unopposed motion pursuant to Federal Rule of Civil Procedure 25 to substitute Rogelio Benitez in place of Damiana Rosario (deceased), in his capacity as Administrator for the Estate of Josefina Benitez, as the named plaintiff in this action. [ECF Nos. 115, 116]. The Motion is GRANTED. Plaintiffs' motion for an extension of time to file the motion to substitute is denied as moot. [ECF No. 111].

  The Clerk of Court respectfully is requested to close the Motions at ECF Nos. 111 and 115.

**SO ORDERED.**

Date: October 27, 2022
     New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**