```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMIANA ROSARIO, as Administratrix for the   :
Estate of JOSEFINA BENITEZ, ZION             :   19-CV-11463(MKV) (RWL)
BRERETON, ALICIA LEARMONT, JAMES             :
CHOI, and ANDREYA CRAWFORD,                  :
Individually and on behalf of all others     :
similarly situated                           :
                                             :
                    Plaintiffs,              :
                                             :
         - against -                         :   ORDER
                                             :
VALENTINO U.S.A, INC,                        :
                                             :
                    Defendant.               :
                                             :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the discovery issues raised at Dkt. 108 and 119, which have been referred to me.

1. By November 3, 2022, Plaintiff shall submit for in camera review the two redacted Learmont-Forbes emails referenced in Dkt. 108. Plaintiff should do so by email to chambers.

2. Plaintiff shall produce her attorney retention letter(s) as referenced in Dkt. 108. Plaintiff may redact the body of the letter(s) except she must not redact information reflecting whether or not Plaintiff retained counsel and, if so, for what purpose she retained counsel.

3. Plaintiff is not required to produce the timeline referenced in Dkt. 108.

4. Plaintiff shall produce the remainder of the Learmont-Forbes text threads referenced in Dkt. 119 and shall do so following the same protocol used for the Learmont-

1

Benitez text threads (i.e., Excel file for attorneys' eyes only, followed by Defendant's selection of relevant items, followed by declassification as appropriate).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2022
      New York, New York

Copies transmitted this date to all counsel of record.