```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMIANA ROSARIO, as Administratrix for the   :
Estate of JOSEFINA BENITEZ, ZION             :     19-CV-11463(MKV) (RWL)
BRERETON, ALICIA LEARMONT, JAMES             :
CHOI, and ANDREYA CRAWFORD,                  :
Individually and on behalf of all others     :
similarly situated                           :
                                             :
                    Plaintiffs,              :
                                             :
         - against -                         :     ORDER
                                             :
VALENTINO U.S.A, INC,                        :
                                             :
                    Defendant.               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order further addresses the portion of Dkt. 108 seeking to compel the redacted passages of two Learmont-Forbes text messages. Pursuant to the order issued at Dkt. 136, the Court has reviewed in camera the messages in unredacted form and has determined that they need not be unredacted. That portion of the motion to compel is therefore denied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2022
      New York, New York

Copies transmitted this date to all counsel of record.