USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAMIANA ROSARIO, as Administratrix for the
Estate of JOSEFINA BENITEZ, ZION
BRERETON, ALICIA LEARMONT, JAMES
CHOI, and ANDREYA CRAWFORD,
Individually and on behalf of all others
similarly situated,

                       Plaintiffs,

            - against -

VALENTINO U.S.A, INC.,

                       Defendant.
-------------------------------------------------------------X

19-CV-11463 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order resolves Defendant's request at Dkt. 141 that the Court compel Plaintiff to produce all Learmont-Forbes text messages without redaction, or, in the alternative, perform an in camera review. The request is granted in part and denied in part. Plaintiff need not produce Learmont-Forbes communications that reveal communications with counsel seeking or in furtherance of legal advice (regardless whether that advice was sought by Learmont or Forbes) or providing legal advice from counsel to Learmont or Forbes. Plaintiff must produce, however, all other Learmont-Forbes communications to the extent not already produced.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2022
New York, New York

Copies transmitted this date to all counsel of record.