**Joseph & Norinsberg LLC**
*Fighting for Employee Justice*

| | | |
|---|---|---|
| **Queens Office** | **Manhattan Office** | **Newark Office** |
| 69-06 Grand Avenue, 3rd Floor | 110 East 59th Street, Suite 2300 | One Gateway Center, Suite 2600 |
| Maspeth, New York 11378 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1515 Market Street, Suite 1200 | 225 Franklin Street, 26th Floor | 300 N. New York Ave, Suite 832 |
| Philadelphia, Pennsylvania 19102 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**Michael R. Minkoff, Esq.**
michael@employeejustice.com

April 16, 2024

**MEMO ENDORSED**

**Via ECF**
Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District Of New York
40 Foley Square
New York, NY 10007

      Re:    **Josefina Benitez, et al., v. Valentino U.S.A. Inc.**
               **(S.D.N.Y. Docket No. 19-cv-11463 (JGLC)(RWL))**

Dear Judge Clarke:

      Counsel for Plaintiffs Alicia Learmont, Andreya Crawford, James Choi, Zion Brereton, and the Estate of Josefina Benitez ("Plaintiffs"), and Defendant Valentino U.S.A. Inc. (hereinafter, "Valentino" or "Company" or "Defendant") (together, "the Parties") in the above-referenced matter, submit this joint letter motion, pursuant to Rule 5 of Your Honor's Individual Rules and Practices in Civil Cases and pursuant to the Court's directive at the conclusion of its March 29, 2024, Decision & Order (Dkt. No. 182 at 43), the subsequent April 5, 2024, Order to Show Cause (Dkt. No. 183), and following the filing of Defendant's Motion for Reconsideration (Dkt. No. 188), to submit two requests.

      First, Plaintiffs respectfully request a one-week extension of time to file their opposition to Defendant's Motion for Reconsideration (Dkt. No. 188). The proposed new deadline would be May 3, 2024. Defendant's deadline for filing a reply would be May 17, 2024. This is the first request to extend the deadline for filing Plaintiffs' response, and Defendant consents to this request.

Second, the parties jointly request that the Court adjourn the dates by which they must file their respective positions in response to the Court's April 5th Order to Show Cause, until after the Court issues a decision on Defendant's Motion for Reconsideration (Dkt. No. 188). Specifically, the parties propose that Defendant's position, if any, be filed fourteen days after the Court's decision on Defendant's Motion for Reconsideration; Plaintiffs' position would be filed fourteen days thereafter. The parties mutually submit that delaying briefing in response to the Court's Order to Show Cause would preserve the parties' and the Court's resources, as the Court's decision on Defendant's Motion for Reconsideration may affect the scope of the issues underlying the Court's Order. This is also the first request to adjourn the dates for this submission, and the parties jointly submit the instant request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

JOSEPH & NORINSBERG, LLC

By: _____
Michael R. Minkoff, Esq.
Attorneys for Plaintiffs

MORRISON COHEN LLP

By:   /s/ Keith A. Markel
Keith A. Markel, Esq.
Attorneys for Defendant

Application GRANTED in part and DENIED in part. The Court intends to consider Defendant's Motion for Reconsideration, ECF No. 188, alongside the parties' responses to the Court's April 5, 2024 Order to Show Cause, ECF No. 183. The parties must address the issue of severance as this case currently stands in their responses to the Order to Show Cause, but may also can include a response to address their position if the Court were to grant reconsideration and grant summary judgment for Defendant on Plaintiff Alicia Learmont's New York City Human Rights Law claim.

Plaintiffs' opposition to the Motion for Reconsideration is due **May 3, 2024**. Defendant's reply in support of its Motion for Reconsideration is **due May 17, 2024**. Defendant's response to the Order to Show Cause is due **May 3, 2024**. Plaintiffs' response to the Order to Show Cause is due **May 17, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 191.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: April 17, 2024
       New York, New York