UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGELIO BENITEZ As Administrator Of The Estate Of Plaintiff Josefina Benitez, ZION BRERETON, ALICIA LEARMONT, JAMES CHOI, and ANDREYA CRAWFORD, *on behalf of themselves and all others similarly situated*,<br><br>                         Plaintiffs,<br><br>-against-<br><br>VALENTINO U.S.A., INC.,<br><br>                         Defendant. | 19-CV-11463 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The parties have submitted letters requesting that the Court amend the caption in this matter to include Valentino U.S.A., Inc. as a counterclaim-Plaintiff, and Alicia Learmont as a counterclaim-Defendant. ECF Nos. 212, 213. Defendant made this request based on its belief that the Court, in its prior Order at ECF No. 211, "did not decline to exercise supplemental jurisdiction over Defendant's counterclaim against Learmont." ECF No. 212 at 2. The Court did not so intend. This Order amends the prior Order to make clear that this Court declines to exercise supplemental jurisdiction over any claims by or against Alicia Learmont.

Dated: February 10, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge