UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGELIO BENITEZ, *as Administrator for the Estate of Josefina Benitez*, ZION BRERETON, JAMES CHOI, and ANDREYA CRAWORD, *on behalf of themselves and all others similarly situated*,

                  Plaintiffs,

-against-

VALENTINO U.S.A., INC.,

                  Defendant.

19-CV-11463 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court is in receipt of the parties' joint status letter informing the Court of their availability for trial. ECF No. 221. Trial shall commence on March 2, 2026 and shall conclude by March 6, 2026. The parties' Joint Pretrial Statement, motions in limine, and other submissions required by 1(e) and 1(f) of the Court's Individual Trial Rules and Procedures are due by January 30, 2026. Any opposition briefs are due by February 6, 2026. The Final Pretrial Conference will take place on February 23, 2026 at 11:00 AM in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: April 3, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge