```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ROGELIO BENITEZ, as Administrator for the Estate of Josefina Benitez, ZION BRERETON, JAMES CHOI, and ANDREYA CRAWORD, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>-against-<br><br>VALENTINO U.S.A., INC.,<br><br>            Defendant. | No. 19-CV-11463 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Given the reassignment of the above-captioned action, trial shall commence on March 23, 2026 at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York, 10007.  The parties' joint pretrial order, motions in limine, and other submissions required by 3(b) of the Court's Individual Practices are due by February 6, 2026.  Any opposition briefs shall be filed by no later than February 13, 2026, and any replies shall be filed by no later than February 20, 2026.

The final pretrial conference will take place on March 16, 2026 at 10:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:   August 5, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge