```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ROGELIO BENITEZ, as Administrator for the Estate of Josefina Benitez, ZION BRERETON, JAMES CHOI, and ANDREYA CRAWORD, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>VALENTINO U.S.A., INC.,<br><br>　　　　　　Defendant. | No. 19-CV-11463 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Instead of the previously scheduled date of Monday, June 8, 2026, trial in the above-captioned action shall commence on Wednesday, June 17, 2026 at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York, 10007.

　　The parties' joint pretrial order, motions in limine, and other submissions required by 3(b) of the Court's Individual Practices are due by May 1, 2026.  Any opposition briefs shall be filed by no later than May 8, 2026, and any replies shall be filed by no later than May 15, 2026.

The final pretrial conference will take place on May 27, 2026 at 10:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:   September 4, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge