UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGELIO BENITEZ, as Administrator for the Estate of Josefina Benitez, ZION BRERETON, JAMES CHOI, and ANDREYA CRAWFORD, *on behalf of themselves and all others similarly situated,*

　　　　　　　　　　Plaintiffs,

-against-

VALENTINO U.S.A., INC.,

　　　　　　　　　　Defendant.

19-CV-11463 (LAP)

~~[PROPOSED]~~
**REVISED**
**SCHEDULING**
**ORDER**

---

LORETTA A. PRESKA, Senior United States District Judge:

Upon joint request of the parties, the parties' joint pretrial order, motions in limine, and other submissions required by 3(b) of the Court's Individual Practices are due by May 8, 2026. Any opposition briefs shall be filed by no later than May 15, 2026, and any replies shall be filed by no later than May 22, 2026.

SO ORDERED.

Dated: April 29, 2026
　　　New York, New York

LORETTA A. PRESKA
Senior United States District Judge