UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROGELIO BENITEZ,
as Administrator for the Estate
of Josefina Benitez, et al.,

                    Plaintiffs,

-against-

VALENTINO U.S.A., INC.,

                    Defendant.

No. 19-CV-11463 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

     The parties shall appear for a conference on May 11, 2026, at 12:15 PM, at 500 Pearl Street, New York, New York 10007, in Courtroom 12A.

**SO ORDERED.**

Dated:    April 29, 2026
          New York, New York

_Loretta A. Preska_
_____
LORETTA A. PRESKA
Senior United States District Judge