UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO BENITEZ,
as Administrator for the Estate
of Josefina Benitez, et al.,

                Plaintiffs,

-against-

VALENTINO U.S.A., INC.,

                Defendant.

No. 19-CV-11463 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for May 11, 2026, is adjourned.  The parties shall appear for a conference on May 12, 2026, at 2:00 PM, at 500 Pearl Street, New York, New York 10007, in Courtroom 12A. The Clerk of Court shall close docket number 236.

**SO ORDERED.**

Dated:    April 30, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge