```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROGELIO BENITEZ,
as Administrator for the Estate
of Josefina Benitez, et al.,

          Plaintiffs,

-against-

VALENTINO U.S.A., INC.,

          Defendant.

No. 19-CV-11463 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for May 12, 2026, is adjourned sine die. The parties shall submit a settlement agreement to the Court no later than June 5, 2026, or, alternatively, inform the Court of the status of the settlement in principle by that date. All remaining pretrial deadlines are postponed sine die. The Clerk of Court shall close docket number 240.

**SO ORDERED.**

Dated:    May 7, 2026
          New York, New York

_Loretta A. Preska_____
LORETTA A. PRESKA
Senior United States District Judge