UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO BENITEZ,
as Administrator for the Estate
of Josefina Benitez, et al.,

                    Plaintiffs,

-against-

VALENTINO U.S.A., INC.,

                    Defendant.

No. 19-CV-11463 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Having considered the relevant factors, see Wolinsky v. Scholastic Inc., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012), for substantially the same reasons articulated by the Parties in their joint letter, (see dkt. no. 243), the Court concludes that the Parties' settlement agreement and fee award, (see dkt. no. 243-1), are fair and reasonable. Accordingly, the Court approves the agreement. Upon consummation of the settlement agreement, this matter will be dismissed with prejudice.

The Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

1

**SO ORDERED.**

Dated:     June 8, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge